**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:15CR72-PPS |
| | ) | |
| DARRICK VALLODOLID, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**COURT'S FINAL VERDICT FORMS**

 /s/ Philip P. Simon
Philip P. Simon, Judge
United States District Court

1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:15CR72-PPS |
| | ) | |
| DARRICK VALLODOLID, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM FOR DARRICK VALLODOLID

### COUNT 1 (Racketeering Conspiracy)

As to the charge in Count One, we, the jury, find the Defendant DARRICK VALLODOLID:

Not Guilty _____     Guilty _____

If you found the Defendant not guilty of Count One, proceed directly to Count Two.

If you found the Defendant guilty of Count One, you will need to answer the following questions.

1.  If you found the Defendant DARRICK VALLODOLID guilty of Count One, do you also unanimously find beyond a reasonable doubt that Defendant DARRICK VALLODOLID committed the murder of Victor Lusinski while committing or attempting to commit criminal gang activity?

No _____          Yes _____

2

2.  If you found the Defendant DARRICK VALLODOLID guilty of Count One, do you also unanimously find beyond a reasonable doubt that Defendant DARRICK VALLODOLID conspired to distribute or possess with intent to distribute 5 kilograms or more of cocaine?

Yes _____          No _____

_____
Foreperson                              _____
                                        Date

_____
Juror                                   _____
                                        Date

_____
Juror                                   _____
                                        Date

_____
Juror                                   _____
                                        Date

_____
Juror                                   _____
                                        Date

_____
Juror                                   _____
                                        Date

_____
Juror                                   _____
                                        Date

_____
Juror                                   _____
                                        Date

_____
Juror                                   _____
                                        Date

_____
Juror                                   _____
                                        Date

3

_____        _____
Juror                                              Date

_____        _____
Juror                                              Date

## COUNT 2 (Drug Conspiracy)

As to the charge in Count Two we, the jury, find the Defendant, DARRICK VALLODOLID:

Not Guilty _____          Guilty_____

If you found the Defendant DARRICK VALLODOLID not guilty of Count Two, do not answer the following questions for Defendant DARRICK VALLODOLID and proceed to the next verdict form for the next defendant.

If you found the Defendant DARRICK VALLODOLID guilty of Count Two, you will need to answer the following questions.

1.    If you found the Defendant DARRICK VALLODOLID guilty of Count Two, do you unanimously find beyond a reasonable doubt that the offense involved the distribution of cocaine or the possession with intent to distribute cocaine?

Yes _____          No _____

If you answered Question 1 "Yes," proceed to Question 2.   If you   answered Question 1 "No," proceed to Question 4 and do not answer   Question 2 or Question 3.

2.    If you found that the offense involved the distribution of cocaine or the possession with intent to distribute cocaine, do you unanimously find beyond a reasonable doubt that the offense involved 5 kilograms or more of cocaine?

Yes _____          No _____

If you answered Question 2 "Yes," proceed to Question 4 and do not Answer Question 3.   If you answered Question 2 "No," proceed to Question 3.

5

3.      If you found that the offense involved the distribution of cocaine or the possession with intent to distribute cocaine, do you unanimously find beyond a reasonable doubt that the offense involved 500 grams or more of cocaine?

Yes _____          No _____

Proceed to Question 4.

4.      If you found the Defendant DARRICK VALLODOLID guilty of Count Two, do you unanimously find beyond a reasonable doubt that the offense involved the distribution of marijuana or the possession with intent to distribute marijuana?

Yes _____          No _____

If you answered Question 4 "Yes," proceed to Question 5.   If you answered Question 4 "No," do not answer Question 5 or Question 6 and proceed to the next verdict form for the next defendant.

5.      If you found that the offense involved the distribution of marijuana or the possession with intent to distribute marijuana, do you unanimously find beyond a reasonable doubt that the offense involved 100 kilograms or more of marijuana?

Yes _____          No _____

If you answered Question 5 "Yes," do not Answer Question 6 and proceed to the next verdict form for the next defendant.   If you answered Question 5 "No," proceed to Question 6.

6.      If you found that the offense involved the distribution of marijuana or the possession with intent to distribute marijuana, do you unanimously find beyond a reasonable doubt that the offense involved 50 kilograms or more of marijuana?

Yes _____          No _____

6

_____               _____
Foreperson                                    Date

_____               _____
Juror                                              Date

_____               _____
Juror                                              Date

_____               _____
Juror                                              Date

_____               _____
Juror                                              Date

_____               _____
Juror                                              Date

_____               _____
Juror                                              Date

_____               _____
Juror                                              Date

_____               _____
Juror                                              Date

_____               _____
Juror                                              Date

_____               _____
Juror                                              Date

_____               _____
Juror                                              Date